ARIEL E. STERN
Nevada Bar No. 8276
DIANA S. ERB
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
ariel.stern@akerman.com
diana.erb@akerman.com

*Attorneys for Defendants Mortgage
Electronic Registration Systems, Inc.,
Citimortgage, Inc., and CR Title Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND E. LARSON and TERRIE C. COFFEE,<br><br>Plaintiffs,<br><br>v.<br><br>AEGIS WHOLESALE CORPORATIONS, a Delaware corporation; TITLE SERVICE AND ESCROW COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., [MERS] a Delaware corporation; SIERRA COAST MORTGAGE COMPANY, INC.; GARY MADSEN, individually; CITIMORTGAGE, INC.; CR TITLE SERVICES, INC.; FIRST AMERICAN TITLE INSURANCE CO.; FIRST AMERICAN NATIONAL DEFAULT; and DOES 1 through 25 CORPORATIONS; DOES and ROES 1 through 25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action,<br><br>Defendants. | Case No.:   3:10-cv-00399-PMP-VPC<br><br>**[Proposed]**<br>**ORDER CANCELING LIS PENDENS** |

{LV017161;1}

1  This Court issued an Order Granting Motion to Dismiss, and dismissing this case with prejudice on September 13, 2010 [Dkt. 23], and entered Judgment in favor of Defendants Citimortgage, Inc., CR Title Services, Inc., and Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants") on September 14, 2010 [Dkt. 24].

Defendants further requests that the lis pendens currently recorded against the subject property by Plaintiff Raymond E. Larson and Terrie C. Coffee ("Plaintiffs") be canceled.

The Court finds that Plaintiffs recorded a Notice of Lis Pendens ("Lis Pendens") on or about May 20, 2010, as Document No. 3883255 in the real property records maintained by the Washoe County Recorder. A copy of the Lis Pendens is attached hereto at **Exhibit A** and fully incorporated by reference.

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged.

2. IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendant records a properly certified copy of this cancellation order in the real property records of Washoe County, Nevada within a reasonable amount of time from the date of this order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE
Dated: February 2, 2011

{LV017161;1}                                2

1  Submitted by:

2  **AKERMAN SENTERFITT LLP**

3   /s/ Diana S. Erb
   ARIEL E. STERN, ESQ.
4  Nevada Bar No. 8276
   DIANA S. ERB, ESQ.
5  Nevada Bar No. 10580
   400 South Fourth Street, Suite 450
6  Las Vegas, Nevada  89101

7  *Attorneys for Defendants
   Mortgage Electronic Registration
8  Systems, Inc., Citimortgage, Inc.,
   and CR Title*

{LV017161;1}                                    3